IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MCKEITHER,
            Petitioner,

v.                                 CIVIL ACTION NO. 14-CV-1628

THERESA DELBALSO, et al.,
            Respondents.

## ORDER

AND NOW this 28th day of MARCH, 2014, **IT IS HEREBY ORDERED** that the above captioned case is referred to the Honorable Thomas J. Rueter, United States Magistrate Judge, for a Report and Recommendation, and

**IT IS FURTHER ORDERED** that as per Local Civil Rule 72.1.IV(c), all issues and evidence shall be presented to the United States Magistrate Judge, and that new issues and evidence shall not be raised after the filing of the Report and Recommendation if they could have been presented to the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that Petitioner's application to proceed *in forma pauperis* is **GRANTED**.

_____
JEFFREY L. SCHMEHL, J.