IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN McKEITHER | : | CIVIL ACTION |
| v. | : | |
| THERESA DELBALSO, WARDEN, et al. | : | NO.  14-1628 |

**ORDER**

AND NOW, this 1st day of April, 2014, upon consideration of Relator's Petition for a Writ of Habeas Corpus, it is

**ORDERED**

1. The District Attorney for Philadelphia County shall file a specific and detailed answer, with exhibits attached, to the petition within thirty (30) days from the date of this order pursuant to Rule 5, 28 U.S.C. § 2254.

2. The Prothonotary of Philadelphia/ Clerk of Court shall file with the Clerk of this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post-Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of Commonwealth v. McKeither, Court of Common Pleas of Philadelphia County, C.P. No. CP-51-CR-9190-2007; Convicted December 5, 2008, within thirty (30) days of the date of this order.

3. As required by 18 U.S.C. § 3771(b)(2), the Commonwealth is further ordered to ensure that in a federal habeas corpus proceeding arising out of a state conviction, any crime victims are afforded their rights under the Crime Victims Act, as amended July 27, 2006.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge