IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE:     April 30, 2014

TO:       Deputy Clerk to Magistrate Judge Rueter

FROM:     Jim Deitz, Deputy Clerk

RE:       STATE COURT RECORD

CAPTION:  McKEITHER v. DELBALSO, ET AL

CASE NO:  14-CV-1628

Please acknowledge receipt of the State Court Record as described in the attached letter, which has been received by you..

---

Please sign and return this letter to the Clerk's Office for filing as a receipt of the State Court Record.

SIGNATURE: _[signature]_

DATE: 4.30.2014