IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MCKEITHER                  :        CIVIL ACTION
                Petitioner,
        V.                       :
THERESA DELBALSO, et al.         :        No. 14-1628
        Respondents.

## ORDER

AND NOW, this _____ 2nd _____ day of _____ May _____, 2014,

the Commonwealth's response to the Petition for Writ of Habeas Corpus is due on or before June

1, 2014.

BY THE COURT:

_____ J.