# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MCKEITHER | : | CIVIL ACTION |
| Petitioner, | | |
| V. | : | |
| THERESA DELBALSO, et al. | : | No. 14-1628 |
| Respondents. | | |

## ORDER

AND NOW, this **30Th** day of **May**, 2014, the Commonwealth's response to the Petition for Writ of Habeas Corpus is due on or before June 30, 2014.

BY THE COURT:

_/s/ Thomas_ J.