IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MCKEITHER | : | CIVIL ACTION |
| Petitioner, | | |
| V. | : | |
| THERESA DELBALSO, et al. | : | No. 14-1628 |
| Respondents. | | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS

Petitioner is a Pennsylvania state prisoner who was convicted of burglary, robbery, rape, and related charges following a vicious attack on an elderly woman, and sentenced to an aggregate term of 30 to 60 years' imprisonment. In 2014, he filed the above-captioned *Petition for Writ of Habeas Corpus*. This Court directed the Commonwealth to file a brief for respondents by June 30, 2014. Unfortunately, the Commonwealth cannot meet that deadline, and respectfully requests more time.

This is the Commonwealth's third and final request for an extension in this matter. The assigned attorney has finished writing the brief for respondents in this case, but needs an additional week to incorporate necessary edits. Accordingly, the Commonwealth respectfully requests an additional 7 days to finish and file its brief.

Respectfully submitted,

*/s/ Jennifer O. Andress*

JENNIFER O. ANDRESS
Assistant District Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MCKEITHER         :     CIVIL ACTION
      Petitioner,
      V.                   :
THERESA DELBALSO, et al.     :     No. 14-1628
      Respondents.

## CERTIFICATE OF SERVICE

I, JENNIFER O. ANDRESS, counsel for appellants, hereby certify that on June 30, 2014,

a copy of the foregoing motion was served by first-class U.S. Mail on petitioner:

>Kevin McKeither
>HV-5414
>660 State Route 11
>Hunlock Creek, PA 18621

>/s/ Jennifer O. Andress
>_____
>JENNIFER O. ANDRESS
>Assistant District Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MCKEITHER                          :         CIVIL ACTION
        Petitioner,
        V.                              :
THERESA DELBALSO, et al.                 :         No. 14-1628
        Respondents.

## ORDER

AND NOW, this _____ day of _____, 2014,

the Commonwealth's response to the Petition for Writ of Habeas Corpus is due on or July 7,

2014.


BY THE COURT:



_____
                       J.