IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MCKEITHER | : | CIVIL ACTION |
| Petitioner, | | |
| V. | : | |
| THERESA DELBALSO, et al. | : | No. 14-1628 |
| Respondents. | | |

### ORDER

AND NOW, this ___1st___ day of ___July___, 2014, the Commonwealth's response to the Petition for Writ of Habeas Corpus is due on or July 7, 2014.

BY THE COURT:

_____
                                    J.