# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

10/27/2014

TO:         Courtroom Deputy to Judge Schmehl

IN RE:      McKEITHER v. DELBASO, ET AL
             CA No. 14-CV-1628

## NOTICE

Magistrate Judge Rueter has filed a Report and Recommendation on 10/14/14. Copies were sent to all parties of record on 10/14/14.

[X]    Objections or exceptions to the Report and Recommendation were filed 10/24/14, document no. 15 on the docket sheet report.

[   ]    No objections to the Report and Recommendation have been filed as of this date.

                Michael E. Kunz
                Clerk of Court

                By :s/James Deitz
                    James Deitz, Deputy Clerk

cc: Magistrate Judge Rueter
civ624.frm
(10/14)