In The United States District Court For The Eastern District of Pennsylvania

Kevin McKeither
vs.
Theresa Delbalso, ET AL

CA# 14-CV-1628

RECEIVED
MAR 2 5 2015

Petitioner's Motion To Amend/Add, To Objection To And From The Report And Recommendations By The Magistrate.

Now Comes Kevin McKeither, Pro Se, who Humbly Requestes This Honorable Court To Grant Petitioner's Motion To Amend Petioner's Objections During Petitioner's Appeal Process, Petitioner Aver's That He Was Denied his Constitutional Rights of Access To The Courts By Government Interference. See Bounds v. Smith, 430 U.S. 817, 97 S. 1491, 52 L. Ed. 2D 72 (1977). Petitioner Claims That in Febuary 2011, The Department of Corrections of Pennsylvania without warning up-rooted Petitioner And Sent Petitioner To The State of Michigan Where Petitioner was Denied Access To The Courts, Upon Arriving in Michigan Their was No Law library That would Allow Petitioner To Proceed in The Pennsylvania Courts for Months. Though not explicity Stated in Bounds, A claim Based on Denial of Access To The Courts Requires That The Plaintiff show an injury in Fact.

Lewis, 518 U.S. at 351-52. This actual injury component of a denial of access to the courts claim requires the plaintiff to show that the challenged conduct frustrated his ability to pursue an appeal. Plaintiff was in the appellate stage of criminal matter at the time, Petitioner aver's that because of the actions of the Pennsylvania Department of Corrections he was deprived and denied access to the courts which constituted cause and prejudice.

Date: 3/22/15

Respectfully Submitted
Kasim McKeithan

## PROOF OF SERVICE

I hereby certify that I am, this day, serving the foregoing document upon the persons and in the manner indicated below, which service satisfies the requirements of Pa. R. Crim. P. 577.

U.S. Dist. Court Eastern District, 601 Market St, Phila, PA 19106
Type of Service
[ ] Personal  [✓] First Class Mail

District Attorney's Office 3, South Penn Square Phila, PA, 19107
Type of Service
[ ] Personal  [✓] First Class Mail

---

Type of Service
[ ] Personal  [ ] First Class Mail

---

Type of Service
[ ] Personal  [ ] First Class Mail

DATE: 3/22/15

Kewison McKeithen
Signature of Server

*NOTE: Under 18 Pa.C.S.A. 4904 (Unsworn falsification to Authorities), a knowingly false proof of service constitutes a misdemeanor of the second degree.

Name Kevin McKeither
Number HV-5414
660 State Route 11
Hunlock Creek, PA 18621-3136

INMATE MAIL
PA DEPT. OF CORRECTIONS



U.S.M.S
X-RAY

$ 00.48⁰
0002096532   MAR 23 2015
MAILED FROM ZIP CODE 18621

United States District Court Eastern District
United States Courthouse, Independence Mall West
601 Market St, Phila, PA 19106

1910881796