UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED

AUG 10 2015

**KEVIN McKEITHER**
PLAINTIFF

**CASE No. 14-CV-1628**

vs.

**THERESA DELBALSO, ET,AL.**
DEFENDANT

FILED

AUG 10 2015

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**TO THE CLERK OF COURT;**

THIS LETTER IS IN REGARDS TO THE **OBJECTION** TO AND FROM THE REPORT AND RECOMMENDATIONS AND MY AMENDED BRIEF.

COULD YOU PLEASE TELL ME IF A DECISION WAS MADE REGARDING MY **OBJECTIONS** FROM THE MAGISTRATE BY THE DISTRICT COURT.

THANK YOU,

**AUGUST 5th, 2015**

RESPECTFULLY SUBMITTED,

*Kevin McKeither*

**KEVIN McKEITHER, PLAINTIFF**

# PROOF OF SERVICE

I hereby certify that I am, this day, serving the foregoing document upon the persons and in the manner indicated below, which service satisfies the requirements of Pa. R. Crim. P. 577.

U.S. DISTRICT COURT
EASTERN DISTRICT OF PA.
601 MARKET ST, Phila, PA 19106

Type of Service
[ ] Personal    [] First Class Mail

Type of Service
[ ] Personal    [ ] First Class Mail

Type of Service
[ ] Personal    [ ] First Class Mail

Type of Service
[ ] Personal    [ ] First Class Mail

DATE: 8\5\15

Harrison McKitthen
Signature of Server

*NOTE: Under **18 Pa.C.S.A. 4904** (Unsworn falsification to Authorities), a knowingly false proof of service constitutes a misdemeanor of the second degree.

Name Kevin Mchellner
Number HY-5114
660 State Route 11
Hunlock Creek, PA 18621-3136
INMATE MAIL
PA DEPT. OF CORRECTIONS

U.S.M.S.
X-RAY

Clerk's Office
United States District Court Eastern Dist. of PA.
601 Market St. Philadelphia, PA 19106

02 1R
0002096532
MAILED FROM ZIPCODE 18621
$ 00.48⁵
AUG06 2015
PITNEY BOWES

19106317956