IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MCKEITHER,

    Petitioner,

v.                                       CIVIL ACTION
                                              NO. 14-1628

THERESA DELBALSO, SUPT., et al.,

    Respondents.

## ORDER

**AND NOW**, this 14th day of April, 2016, upon consideration of Petitioner's Motion to Amend/Add Objection to the Report and Recommendation (Doc. #17), and no opposition having been filed, it is hereby **ORDERED** that the Motion is **GRANTED** and the Court will consider Petitioner's additional objection noted within the motion.[1]

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

---

[1] This order does not rule upon the merits of Petitioner's additional objection. The Court merely agrees to consider it.