IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| KEVIN MCKEITHER | : CA# 14-CV-1628 |
| | : |
| V. | : |
| | : |
| VINCENT MOONEY, ET AL. | : |

PETITIONER'S SECOND MOTION TO AMEND/ADD TO
SUPPORT AMENDMENT/MOTION

RECEIVED FEB 13 2017

FILED
FEB 13 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

Petitioner aver's that there were several Constitional violations in regards to Transportation from State to State, the fact that Michigan has possession of petitioner's body, but the State of virginia had petitioner listed there at the same time, **Please See Attached Exhibit (C)** for proof. this constitutes a **"Straw Man"** violation (By that) petitioner, was used as a third party used in some transaction as a temporary transferee to allow the principal parties to accomplish something that is otherwise impermissible **(Dummy).** It appears that defendants violated petitioner's substantive **"Due Process"** rights as the result of a **"Government Interference"** and **"Liberty Clause,"** it appears that petitioner's **"Government Interference"** and **"Liberty Clause"** claim is premised on the same facts which give rise to his civil rights and constitutional claims. Namely the February 2011 seizure and petitioner's subsequent efforts to pursue his criminal charges. Petitioner claims that **"Individuals"** have a constitutional liberty interest in **"Personal Bodily"** integrity that is protected by the Due Process clause of the 14th Amendment and does not impose an affirmative obligation on the State to protect it's citizens, but Courts have recognized that a State actor maybe held liable under the

***"Liberty Clause"*** when a relationship between the State and the plaintiff existed such that the plaintiff was a forseeable victim of the defendants acts, or a member of a discrete class or persons subjected to the potential harm brought about by the State's actions as opposed to a member of the public in general and the harm ultimately caused was forseeable and failry directed; the State acted with a degree of culpability that shocks the conscience;

**WHEREFORE**, because of the actions by State Officials in these matters and the lack of regards to the United States Constitution ***"Liberty Clause"*** petitioner has a lack of confidence with respect to security of his person's and therefore respectfully request immediate release.

DATE: FEBUARY 2017

Respectfully Submitted,
/S/ Harrison McKeithen

## PROOF OF SERVICE

I hereby certify that I am, this day, serving the foregoing document upon the persons and in the manner indicated below, which service satisfies the requirements of Pa. R. Crim. P. 577.

DISTRICT ATTORNEY
3 SOUTH PENN SQUARE
PHILA, PA 19107
Type of Service
[ ] Personal  [✓] First Class Mail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA, PA. 19106-9865
Type of Service
[ ] Personal  [✓] First Class Mail

**FILED**
FEB 13 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Type of Service
[ ] Personal  [ ] First Class Mail

Type of Service
[ ] Personal  [ ] First Class Mail

DATE: 2-8-17

_Harrison McKeithen_
Signature of Server

*NOTE: Under 18 Pa.C.S.A. 4904 (Unsworn falsification to Authorities), a knowingly false proof of service constitutes a misdemeanor of the second degree.

Exhibit C



Online Services | Commonwealth Sites | Help | Governor

Search Virginia.gov



Home > Offenders > Offender Locator > Search Results

About Us

- Communications
- Victim Services
- Offenders
- Facilities
- Community Corrections
- Career Opportunities
- Procurement
- Forms
- Resources and Links
- Board of Corrections
- Virginia Parole Board

## Offender Locator Search Results

*Search Result: 1 Match Found*

| | |
|---|---|
| Offender Name: | Mckeither, Kevin Devon |
| DOC Number: | 1202965 |
| Inmate Number: | 382711 |
| Gender: | Male |
| Race: | Black |
| Location: | Deep Meadow Correctional Center |
| Projected Release Date: | 03/28/2016 |

« New Search

These records are updated once per day. Information is subject to change without notice. For assistance, please contact the Offender Management Unit.

Start of Page | Start of Content
For Comments or Questions, contact DOC
©1997-2010
Commonwealth of Virginia, Virginia Department of Corrections

Plugins:
Adobe Acrobat Reader (.pdf)
Word Viewer (.doc)
Excel Viewer (.xls)

W3C WAI-AA WCAG 1.0 | Skip to Content | FOIA Notice | Web Policy | Contact Us





Virginia.gov    Online Services | Commonwealth Sites | Help | Governor

Search Virginia.gov

**Virginia Department of Corrections**

Home > Facilities > Central Region, Deep Meadow Correctional Center

- Communications
- Victim Services
- Offenders
- Facilities
- Community Corrections
- Career Opportunities
- Procurement
- Forms
- Resources and Links
- Board of Corrections
- Virginia Parole Board

## Central Region

Deep Meadow Correctional Center



Located in Powhatan County.

Alton Baskerville, Warden
State Farm, VA 23160
(804) 598-5503

**Security Level 2 - Assignment Criteria:**
No Escape History within past 5 years. Single Life sentences must have reached their Parole Eligibility Date (PED). No disruptive behavior for at least past 24 months prior to consideration for a transfer to any less-secure facility.

**Specifications:**

- Opened - 1989
- Average Daily Population (October 2008) - 840
- Special Populations - Classification for wheelchair bound inmates
- Special Programs - Reentry
- Site Additions/Upgrades - Programs Building
- Virginia Correctional Enterprises - N/A

**Directions From Richmond:**
Take U.S. Route 60 (Midlothian Turnpike) West to State Route 522.
Turn right on 522 and continue to its intersection with State Route 711.
Turn right on 711 and continue until you see signs reading "Powhatan



**SEARCH RESULTS** (Select inmate name to continue)

| INMATE NAME | INMATE ID | FACILITY NAME | STATE |
|---|---|---|---|
| MCKEITHER, KEVIN | HV5414 | Pennsylvania State Prison System | PA |

Click here if your inmate is not on the list

BACK

Correctional Center." Deep Meadow is the next correctional facility to the left.

Start of Page | Start of Content
For Comments or Questions, contact DOC
©1997-2010
Commonwealth of Virginia, Virginia Department of Corrections

Plugins:
Adobe Acrobat Reader (.pdf)
Word Viewer (.doc)
Excel Viewer (.xls)

W3C WAI-AA WCAG 1.0 | Skip to Content | FOIA Notice | Web Policy | Contact Us

Kevin McKeither
HV-5414
660 State Route 11
Hunlock Creek, PA

18621-3132

SCI Mahanoy
DEPT OF CORRECTIONS

Office of the Clerk
US District Court
601 Market St
Philadelphia, PA 19106-1795