IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN McKEITHER            :                              CIVIL ACTION

v.                         :

THERESA DELBASO, SUPT., et al.   :                        NO. 14-1628

**FILED**
AUG 14 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

I hereby acknowledge receipt of the state court record in the above captioned case.

Deputy Clerk _Barbara Crossley_

Date _10-16-14_

Please return this form to Lisa Tipping, Deputy to United States Magistrate Judge Thomas J. Rueter.

Thank you.