IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN McKEITHER,

    Petitioner,

v.

THERESA DELBALSO, SUPT., et al,

    Respondents.

CIVIL ACTION
NO. 14-1628

## ORDER

**AND NOW**, this 29th day of September, 2017, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and the objections filed thereto, as well as Petitioner's first and second motion to amend/add to objections, it is hereby **ORDERED** as follows:

1. Petitioner's Second Motion to Amend/Add (Docket No. 20) is **GRANTED**[1] and information contained therein was considered in my decision

2. The Report and Recommendation (Docket No. 14) is **APPROVED** and **ADOPTED**;

3. The petition for writ of habeas corpus (Docket No. 1) is **DENIED**; and

4. There is no probable cause to issue a certificate of appealability;

5. The clerk of court is directed to close the case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

---

[1] This Court fully considered the information contained in Petitioner's Second Motion to Amend/Add prior to approving and adopting the Report and Recommendation of Magistrate Judge Thomas J. Rueter.