IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DATE:   May 31, 2018

TO:    FIRST JUDICIAL DISTRICT OF PA
         OFFICE OFJUDICIAL RECORDS
         1301 Filbert St., Ste. 310B
         Philadelphia, PA   19107


RE:          STATE COURT RECORDS
             **McKeither v. Superintendent Retreat SCI, et al.**
             **EDPA civil action no. 2-14-01628**
             **C.P. 0009190-2007**

To the Clerk:

         The above-captioned case has now been disposed of, and we are returning the State
Court Record which was ordered to this Court by the Honorable Thomas J. Rueter.


                     Teri L. Lefkowith
                     Deputy Clerk to Judge Jeffrey L. Schmehl




Encl.

Cc: Clerk of Court for filing
     Statistics

_____

Please sign and return this letter as a receipt for the return of the State Court Record.


         SIGNATURE:_____

         DATE:_____


Civ7(8/80)